# Declaration of Bradley Tomas

I, _Bradley E. Tomas_ of Las Vegas, Nevada swear and affirm:

That a few days before Christmas in 1987, in the early morning hours in Pearl City, Hawaii, I was in front of a friend's house with her in my truck with me. We saw someone pull up beside us whom my friend identified as Rodney Pagba, her ex-boyfriend. Being concerned, I drove away from the area and to the parking lot of Pearl City Police Station. Mr. Pagba, with his brother in his truck, followed me. I saw an officer in a white police car and waved him down. I told him the truck was following me, and I did not feel safe.

Rodney then got out of his truck and approached mine, and I tried to open my door to get out. Rodney put his hands on my door as I continued to try to open it and somehow we both fell on the ground beside my truck with Rodney on top of me. Rodney raised his hands in front of his face. I also raised my hands.

The police officer took Rodney off me and took him away. I recall he asked for my agreement to charge Rodney with something and I said yes. I was called to testify at a hearing but dropped the charges and I thought that was the end of it.

During this encounter I was not struck by Rodney, I did not receive any injuries, and afterward I required no medical treatment.

I swear the foregoing to be true to the best of my recollection.

_Bradley E. Tomas_   2/04/2023
Bradley E. Tomas   Date

State of Nevada )
ss                      )
County of Clark )

This instrument was subscribed and sworn to before me on February 4th, 2023 by _Bradley E. Tomas_, known to me by his government-issued identification.

_Juanita Massa_    (seal)
Notarial Signature

My Commission Expires July 7, 2025

Notary Public in and for said State and County

JUANITA MASSA
Notary Public, State of Nevada
Appointment No. 09-10470-1
My Appt. Expires Jul 7, 2025

**EXHIBIT THREE**