ANNE E. LOPEZ                                    7609
   Attorney General of the State of Hawaiʻi
KIMBERLY T. GUIDRY                               7813
NICHOLAS M. MCLEAN                              10676
   Deputy Attorneys General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1494
E-mail: nicholas.mclean@hawaii.gov

Attorneys for ANNE E. LOPEZ, in her official
capacity as the Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RODNEY PAGBA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; and CITY AND COUNTY OF HONOLULU,<br><br>    Defendants. | No. 1:22-cv-00521-JMS-KJM<br><br>**STIPULATION AND ORDER** |

1

## STIPULATION AND ORDER

Plaintiff RODNEY PAGBA ("**Plaintiff**"); Defendant the CITY & COUNTY OF HONOLULU (collectively, the "**City**"); and Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi ("**Defendant Lopez**," and, together with the City, "**Defendants**," and, together with the City and Plaintiff, the "**Parties**"), by and through undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed a *Complaint for Declaratory and Injunctive Relief* herein on December 16, 2022 (ECF No. 1), and filed a *First Amended Verified Complaint for Declaratory and Injunctive Relief* herein on February 19, 2023 (ECF No. 21) (the "**Complaint**");

**WHEREAS**, Plaintiff has alleged that "[o]n April 6, 1988, Mr. Pagba was convicted of the misdemeanor crime of Assault in the Third Degree" (Complaint at ¶ 6); HRS § 707-712;

**WHEREAS**, the current text of HRS § 134-7(b) provides that "[n]o person who . . . has been convicted in this State or elsewhere of having committed . . . any crime of violence . . . shall own, possess, or control any firearm or ammunition therefor";

**WHEREAS**, the current text of HRS § 134-1 provides that "'[c]rime of violence' means any offense, as defined in title 37, that involves injury or threat of in-

jury to the person of another, including sexual assault in the fourth degree under section 707-733 and harassment by stalking under section 711-1106.5";

**WHEREAS**, Plaintiff has alleged that HRS § 134-7 "is unconstitutional as applied to Plaintiff insofar as it is applied to 'disqualify' Plaintiff from exercise of his Second Amendment rights based on the 1988 Assault in the Third Degree conviction" (Complaint at ¶ 68);

**WHEREAS**, Plaintiff by his Complaint requests, *inter alia*, "an order preliminarily and permanently enjoining Defendant(s), their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing H.R.S. §134-7 as applied to Mr. Pagba," an order "enjoin[ing] Defendants from prohibiting him from owning a firearm and/or immediately issue him a permit to acquire a firearm," and an order "enjoin[ing] H.R.S. § 134-7 and any other relevant provision of the H.R.S. as applied to him," and "[d]eclaratory relief that H.R.S. §134-7 and any other relevant provision of the H.R.S. is unconstitutional as applied to him";

**WHEREAS**, House Bill No. 984 H.D. 1 ("**HB984 HD1**"), Relating to Firearms, which was introduced in the 2023 Legislative Session, passed Second Reading in the Hawaiʻi House of Representatives on February 17, 2023;[1]

---

[1] https://www.capitol.hawaii.gov/session/measure_indiv.aspx?billtype=HB&billnumber=984&year=2023.

3

**WHEREAS**, HB984 HD1 provides, *inter alia*, that "[a]ny person who otherwise would be prohibited under [HRS § 134-7(b)] from owning, possessing, or controlling a firearm and ammunition solely as a result of a conviction for a crime that is not a felony, and who is not prohibited from owning, possessing, or controlling a firearm or ammunition for any reason under any other provision of this chapter or under title 18 United States Code section 922 or another provision of federal law, shall not be prohibited under this section from owning, possessing, or controlling a firearm and ammunition if twenty years have elapsed from the date of the conviction'";[2]

**WHEREAS**, Senate Bill No. 1230 S.D. 1 ("**SB1230 SD1**"), Relating to Firearms, which was introduced in the 2023 Legislative Session, passed Second Reading in the Hawai'i Senate on February 14, 2023;[3]

**WHEREAS**, SB1230 SD1 provides, *inter alia*, that "[a]ny person who otherwise would be prohibited under [HRS § 134-7(b)] from owning, possessing, or controlling a firearm and ammunition solely as a result of a conviction for a crime that is not a felony, and who is not prohibited from owning, possessing, or controlling a firearm or ammunition under any other provision of this chapter or under title 18 United States Code section 922 or another provision of federal law, shall not

---

[2] https://www.capitol.hawaii.gov/sessions/session2023/bills/HB984_HD1_.htm.
[3] https://www.capitol.hawaii.gov/session/measure_indiv.aspx?billtype=SB&billnumber=1230&year=2023.

be prohibited under this section from owning, possessing, or controlling a firearm and ammunition if twenty years have elapsed from the date of the conviction";[4]

**WHEREAS**, Plaintiff—a person with a misdemeanor conviction that is more than twenty years old—would apparently no longer be prohibited from owning or possessing firearms under HRS § 134-7 solely by virtue of his misdemeanor conviction for third-degree assault, should either HB984 HD1 or SB1230 SD1 be enacted;

**WHEREAS**, the Parties wish to avoid the unnecessary expenditure of litigant and judicial resources;

**NOW, THEREFORE**, the Parties stipulate and agree as follows:

1. This action, and all associated deadlines and proceedings, shall be stayed until <u>July 30, 2023</u>.

2. Plaintiff does not concede that passage of either bill would resolve the entirety of this lawsuit.

DATED:  February 24, 2023.

 /s/ Alan Alexander Beck
ALAN ALEXANDER BECK

 /s/ Richard L. Holcomb
RICHARD L. HOLCOMB

Attorneys for Plaintiff RODNEY PAGBA

---

[4] https://www.capitol.hawaii.gov/sessions/session2023/bills/SB1230_SD1_.htm.

DATED:  February 24, 2023.

                                     */s/ Daniel M. Gluck*
                                     DANIEL M. GLUCK
                                     Attorney for Defendant
                                     CITY & COUNTY OF HONOLULU


DATED:  February 24, 2023.

                                     */s/ Nicholas M. McLean*
                                     NICHOLAS M. MCLEAN
                                     Attorney for Defendant
                                     ANNE E. LOPEZ, in her official capacity as
                                     the Attorney General of the State of Hawaiʻi


**APPROVED AND SO ORDERED:**



                                     /s/ J. Michael Seabright
                                     J. Michael Seabright
                                     United States District Judge

___

***Pagba v. Lopez et al.*; No. 1:22-cv-00521-JMS-KJM; United States District Court for the District of Hawaiʻi; STIPULATION AND ORDER**