| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|   Attorney General of Hawaiʻi | |
| KIMBERLY T. GUIDRY | 7813 |
| NICHOLAS M. MCLEAN | 10676 |
|   Deputy Attorneys General | |

Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: kimberly.t.guidry@hawaii.gov

Attorneys for ANNE E. LOPEZ, in her official capacity
as Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RODNEY PAGBA,<br><br>      Plaintiff,<br><br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi,<br><br>and<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendants. | No. 22-CV-00521 JMS-KJM<br><br>DEFENDANT ANNE E. LOPEZ'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; CERTIFICATE OF SERVICE<br><br>District Judge:<br>Hon. J. Michael Seabright<br><br>Magistrate Judge:<br>Hon. Kenneth J. Mansfield<br><br>Trial Date: May 21, 2024 |

# MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ

Pursuant to Local Rule 83.5(b) of Practice for the United States District Court for the District of Hawaiʻi, Solicitor General Kimberly T. Guidry respectfully moves this honorable court for leave to withdraw as counsel of record for the Defendant Anne E. Lopez.  In support of this motion, the undersigned counsel shows as follows:

1. I have been counsel of record for Defendant Anne E. Lopez since January 13, 2023.

2. Good cause exists to grant this motion as I will be leaving the Department of the Attorney General and joining the Hawaiʻi Intermediate Court of Appeals on June 1, 2023.

3. Deputy Solicitor General Nicholas M. McLean entered his appearance on January 13, 2023, and he will continue to represent the Defendant in connection with this litigation.

4. The name, address, and telephone number of the Attorney General are:

> Anne E. Lopez
> Department of the Attorney General
> 425 Queen Street
> Honolulu, Hawaiʻi 96813
> (808) 586-1500

5. The client is not a corporation, partnership, or other business entity.

6.      Defendant Anne E. Lopez, by and through her deputies, has been warned that she is personally responsible for complying with all court orders and time limitations established by any applicable rules.

7.      Granting this motion will not prejudice any party or otherwise impede the swift administration of this matter, as there will be continuous representation of Defendant Anne E. Lopez..

Therefore, undersigned counsel respectfully moves this Court to allow him to withdraw as counsel for Defendant Anne E. Lopez in this matter.

DATED: Honolulu, Hawaiʻi, May 24, 2023.

        /s/ Kimberly T. Guidry
KIMBERLY T. GUIDRY
Solicitor General

Attorney for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi