IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RODNEY PAGBA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; CITY AND COUNTY OF HONOLULU,<br><br>        Defendants. | Civil No. 1:22-cv-00521-JMS-KJM<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>District Judge:<br>Hon. J. Michael Seabright<br><br>Magistrate Judge:<br>Hon. Kenneth J. Mansfield |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff RODNEY PAGBA ("**Plaintiff**"), Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawai'i (the "**Attorney General**"), and Defendant CITY AND COUNTY OF HONOLULU ("**Honolulu**," and, together with the Attorney General, "**Defendants**," and, together with Defendants and Plaintiff, the "**Parties**"), hereby stipulate, by their respective counsel, that Plaintiff's claims against the Attorney General and Honolulu are dismissed with prejudice.  *See* LR41.1(a).  By separate settlement agreement, a resolution of all claims, including attorneys' fees and costs, has been reached.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules and has been signed by counsel for all parties who have made an appearance in this action.  *See* LR41.1(e).

Answers were filed in this litigation on February 24, 2023 by the Attorney General (ECF No. 26) and Honolulu (ECF No. 27).  *See* LR41.1(d).

No claims against Defendants remain in this litigation.  *See* LR41.1(c).  No party has filed a cross-claim or counterclaim.

Except as expressly provided by the Parties' separate settlement agreement, no fees or costs are sought to be awarded in connection with this dismissal with prejudice.  *See* LR41.1(b).  The Attorney General's settlement of this matter is contingent on legislative approval.  Should the Legislature fail to approve the

settlement by September 1, 2024, the Parties agree that the settlement agreement shall be void as between the Attorney General and Plaintiff, and that this dismissal shall be vacated as between the Attorney General and Plaintiff.

DATED:  July 30, 2023.

/s/ Richard L. Holcomb
Richard L. Holcomb

/s/ Alan A. Beck
Alan A. Beck

Attorneys for Plaintiff RODNEY PAGBA

DATED:  July 30, 2023.

/s/ Nicholas M. McLean
NICHOLAS M. MCLEAN

Attorney for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi

DATED: July 30, 2023.

       */s/ Daniel M. Gluck*
       DANA M.O. VIOLA
         Corporation Counsel
       DANIEL M. GLUCK
         Deputy Corporation Counsel

       Attorneys for Defendant
       CITY AND COUNTY OF HONOLULU

**APPROVED AS TO FORM.**



       /s/ J. Michael Seabright
       J. Michael Seabright
       United States District Judge

---

*Pagba v. Lopez et al.*, 1:22-cv-00521-JMS-KJM; STIPULATION TO DISMISS WITH PREJUDICE